UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., et al., | Case No. ED CV 18-2386-PJW |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| CITY OF COLTON, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, and in accordance with Federal Rule of Civil Procedure 41(a)(1), the Court hereby orders that this action is dismissed with prejudice in its entirety, with each side to bear its own litigation costs and attorney fees.

Dated: April 22, 2020

*Patrick J. Walsh*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\Order granting joint stip for vol dismissal.wpd