JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF COLTON, et al.,<br><br>        Defendants. | CASE NO. ED CV 18-2386-PJW<br><br>J U D G M E N T |

Pursuant to the Order Granting Joint Stipulation For Voluntary Dismissal With Prejudice,

IT IS ADJUDGED that the entire action is dismissed with prejudice.

DATED: April 22, 2020

*/s/ Patrick J. Walsh*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\Judgment.wpd